IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03276-MSK-KLM

GRACE RANDAZZO, an individual,

    Plaintiff,

v.

CH2M HILL, INC., a Florida corporation,
CH2M HILL COMPANIES, LTD., a Delaware corporation, and
DUDLEY WRIGHT, an individual,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Protective Order [#24]**, filed as a motion (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#24] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 24, 2014