IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03276-MSK-KLM

GRACE RANDAZZO, an individual,

     Plaintiff,

v.

CH2M HILL, INC., a Florida corporation,
CH2M HILL COMPANIES, LTD., a Delaware corporation, and
DUDLEY WRIGHT, an individual,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Stay Discovery and Modify Scheduling Order** [#47] (the "Motion"). Considering that a Recommendation [#46] to dismiss Plaintiff's pending claims is pending,

     IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**.

     IT IS FURTHER **ORDERED** that all discovery and all discovery deadlines in this matter are **STAYED** until further order of the Court.

     Dated:  August 28, 2014